THOMAS CAETAN et al., Respondents, v. CHARLES F. SIMS, Appellant.—

916

Concur — Capozzoli, J. P., Nunez, Steuer and Macken, JJ.